IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

CONSOLIDATED PAPERS, INC.

Plaintiff,

v.

PENTAIR, INC. and
MINNESOTA POWER, INC.,

Defendant.

Case No. 00-1570 PAM/FLN

**ORDER**

---

IT IS HEREBY ORDERED, as requested by the parties pursuant to the foregoing Stipulation, that the Scheduling Order in the subject action shall be amended as follows:

1. All discovery shall be completed by November 1, 2001;
2. Plaintiff Consolidated Papers, Inc. shall disclose expert testimony on or before September 3, 2001;
3. Defendants Pentair, Inc. and Minnesota Power, Inc. shall disclose expert testimony on or before October 3, 2001;
4. The deadline for dispositive motions shall be January 2, 2002; and
5. Except as noted above, the provisions of Judge Erickson's Scheduling Order, including the 2/1/02 Trial Ready Date, dated November 7, 2000 shall remain in effect.

Dated: Aug 2, 2001

BY THE COURT

Franklin L. Noel

The Honorable Franklin L. Noel
United States Magistrate Judge

FILED AUG 0 2 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK ________

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

CONSOLIDATED PAPERS, INC.

Plaintiff,

v.

PENTAIR, INC. and
MINNESOTA POWER, INC.,

Defendant.

Case No. 00-1570 PAM/FLN

**STIPULATION AND ORDER**

---

Plaintiff Consolidated Papers, Inc. (hereinafter "Consolidated") and Defendants Pentair, Inc. and Minnesota Power, Inc. ("Pentair-MPI"), by and through their undersigned counsel, hereby stipulate to and jointly request the amendment of Judge Erickson's Scheduling Order dated November 7, 2000. The parties request that (a) the discovery deadline be extended from October 1, 2001 to November 1, 2001, (b) the expert testimony disclosure dates be extended as follows: for Consolidated, from August 1, 2001 to September 3, 2001 and for Pentair-MPI from September 1, 2001 to October 3, 2001, and (c) the deadline for dispositive motions be extended from December 1, 2001 to January 2, 2002 All other dates established by Judge Erickson's order shall remain unchanged.

The parties make this request in light of the complexity of the technical matters at issue. These technical matters include paper mill production processes and equipment, air pollution permit requirements, air emissions testing procedures, and emissions control technology. The additional time requested will permit the parties to develop a more complete record in this action and also

FILED AUG 02 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

provide their expert witnesses with sufficient time to make a complete review of that record before issuing their reports.

Respectfully submitted,

**PATTERSON, THUENTE, SKAAR & CHRISTENSEN, P.A.**

Dated: 7/31, 2001

Jonathan D. Jay, #18603X
Casey A. Kniser, #262377
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 349-5740

**ATTORNEYS FOR PLAINTIFF CONSOLIDATED PAPERS, INC.**

**HENSON & EFRON, P.A.**

Dated: July 31, 2001

Stuart T. Williams, #11750X
David Bradley Olsen, #197944
1200 Title Insurance Building
400 Second Avenue South
Minneapolis, MN 55401
Telephone: (612) 339-2500

**ATTORNEYS FOR DEFENDANTS PENTAIR, INC. AND MINNESOTA POWER, INC.**

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500