UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Consolidated Papers Inc.,

Plaintiff,

v.

Pentair, Inc. and Minnesota Power, Inc.,

Defendants.

Civil No. 00-1570 PAM/FLN

**ORDER**

---

Casey Kniser, Esq., for Plaintiff.
Stuart Williams, Esq., for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on August 6, 2001, on Defendants' Motions to Compel Discovery and Strike the Affidavit of Annabeth Reitter [## 11 & 17].

Based upon the files, records, and proceedings herein, it is hereby **ORDERED** that:

1. Defendants' Motion to Compel Discovery [#11] is **GRANTED in its entirety** as follows:

   a. Plaintiff shall provide full and complete answers to Defendants' First Set of Interrogatories Nos. 2 and 3 by August 17, 2001;

   b. Plaintiff shall produce all documents identified in Defendants' First Set of Document Requests No. 2, Second Set of Document Requests Nos. 9 and 10 and Third Set of Document Requests Nos. 1, 3 and 4 by August 17, 2001.

2. Defendants' Motion to Strike Affidavit of Annabeth Reitter [#17] is **DENIED**.

DATED: Aug 7, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK