UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Consolidated Papers Inc.,

Plaintiff,

v.

Pentair, Inc. and Minnesota Power, Inc.,

Defendants.

Civil No. 00-1570 PAM/FLN

**ORDER**

---

Casey Kniser, Esq., & Johnathan D. Jay. Esq., for Plaintiff.
Stuart Williams, Esq., & David Olsen, Esq., for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on August 27, 2001, on Defendants' Motion to Compel Answers to Interrogatories and the Production of Documents [#21].

Based upon the files, records, and proceedings herein, it is hereby **ORDERED** that:

1. Defendants' Motion to Compel Answers to Interrogatories and the Production of Documents [#21] is **GRANTED in part and DENIED in part** as follows:

   a. Plaintiff shall produce all documents identified in Defendants' Second Set of Document Requests Nos. 21, 22, and 23; Fourth Set of Document Requests Nos. 1, 2, 8, 14 and 15; Fifth Set of Document Requests Nos. 1, 2, 3 and 4; and Sixth Set of Document Requests Nos. 2, 3, and 5 by September 10, 2001;

   b. Plaintiff's assertion of the attorney-client privilege with respect to documents and slides passed out during the LSPI Air Permitting Approval Guidance Meeting on September 30, 1999, is **SUSTAINED**. Accordingly, insofar as the Motion seeks to compel the production of documents and slides passed out during the LSPI Air Permitting Approval Guidance Meeting on September 30, 1999, it is **DENIED**;

OCT 17 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

c. Insofar as the Motion seeks to compel answers to questions regarding what happened during and after the LSPI Air Permitting Approval Guidance Meeting on September 30, 1999, it is **GRANTED** to the extent that the questions do not implicate any privileged communications. That is, Plaintiff may not assert a blanket claim of privilege, but may make objections based on privilege on a question by question basis;

d. Insofar as the Motion seeks to compel Plaintiff to bear the expense of producing employees previously deposed for questioning regarding newly produced documents, it is **DENIED**;

e. Insofar as the Motion seeks to extend the Pretrial Schedule, it is **DENIED**;

f. Insofar as the Motion seeks costs and fees, it is **DENIED**.

DATED: Sept 19, 2001.

Franklin L. Noel

FRANKLIN L. NOEL
Chief Magistrate Judge