IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CONSOLIDATED PAPERS, INC.,

Plaintiff,

v.

PENTAIR, INC. and
MINNESOTA POWER, INC.,

Defendants.

Case No. 00-1570 PAM/~~RLE~~ FLN

**ORDER FOR MODIFICATION OF PRE-TRIAL SCHEDULE**

Based upon the August 31, 2001 Stipulated Joint Motion for Modification of the November 7, 2001 Pretrial Schedule, and for good cause shown, the Court finds that:

1. The time in which to complete all discovery should be and is hereby extended from November 1, 2001 to January 3, 2002; and

2. The time in which plaintiff must disclose expert witnesses and provide Fed. R. Civ. P. 26(a)(2)(B) reports should be and is hereby modified and extended from September 3, 2001 to September 4, 2001 for disclosure of experts and October 1, 2001 for service of the Rule 26 reports; and

3. The time in which defendants must disclose expert witnesses and provide Fed. R. Civ. P. 26(a)(2)(B) reports should be and is hereby modified and extended from October 3, 2001, to November 1, 2001, for disclosure of experts and December 1, 2001 for service of the Rule 26 reports.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. Plaintiff shall disclose the identity of any rebuttal experts, and serve Rule 26(a)(2)(B) rebuttal expert reports on or before December 15, 2001.

**IT IS SO ORDERED**

Dated October 17, 2001

United States Magistrate Judge

163931.WPD