**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Consolidated Papers,

Plaintiff,

Civil 00-1570 PAM

v.

**ORDER OF DISMISSAL**

Pentair, Inc., et al.

Defendants.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: February 26, 2002

**United States District Court Judge**

FEB 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK