IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---------------------------------------------------

CONSOLIDATED PAPERS, INC.

Plaintiff,

Case No. 00-1570 PAM/FLN

v.

PENTAIR, INC. and
MINNESOTA POWER, INC.,

Defendants.

---------------------------------------------------

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective undersigned counsel, that the above-entitled action is hereby dismissed with prejudice, and without costs to any party.

**FOGG SLIFER POLGLAZE LEFFERT & JAY**

Jonathan D. Jay, #18603X
150 South Fifth
Suite 1700
Minneapolis, MN 55402
Tel: 612-312-2200

**ATTORNEYS FOR PLAINTIFFS**

**HENSON & EFRON, P.A.**

Stuart T. Williams, #11750X
David Bradley Olsen, #197944
1200 Title Insurance Building
400 Second Avenue South
Minneapolis, MN 55401
Tel: 612-339-2500

**ATTORNEYS FOR DEFENDANTS**

MAR 04 2002

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 04 2002
DEPUTY CLERK

**ORDER**

Pursuant to the foregoing Stipulation, the above-entitled action is hereby dismissed, with prejudice, and without cost to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 1, 2002

BY THE COURT:

Judge of District Court